UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION H-11-575-3 |
| | § | |
| BUFFY MARIE LAWRENCE | § | |

## Order

Defendant's motion to return passport (Dkt. 154) is DENIED. This document is under the custody and control of the U.S. State Department. Any requests concerning these documents should be directed to that agency.

Signed at Houston, Texas on August 26, 2015.

_____
Gray H. Miller
United States District Judge